UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
APR 17 2009

******************************************************************

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE LLC, a California Limited Liability Corporation, | CIV. 08-4042 |
| Plaintiff, | |
| vs. | JUDGMENT |
| GKR & ASSOCIATES REALTY, INC., a South Dakota Corporation, TIM W. JOHNSON, an individual, JANEY JOHNSON, an individual, | |
| Defendants. | |

******************************************************************

Pending is the Joint Stipulation of Dismissal with Prejudice (Doc. 38) which requests all claims and counterclaims in the case be dismissed with prejudice. Accordingly, it is hereby

ORDERED that the Joint Motion to Dismiss with Prejudice (Doc. 38) is GRANTED and the complaint and counterclaim in this case are dismissed, with prejudice, each party to bear its own costs and fees.

Dated this 17th day of April, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: Shelly Margulies, Deputy
(SEAL)